UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-249 JRT/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINE J. KESSEL WATSON,<br><br>Defendant,<br><br>ECOLAB,<br><br>Garnishee. | **GARNISHMENT ORDER** |

TO: Caroline Kessel Watson, defendant at XXXX XXXXX, St. Paul, MN 55117-4469
ECOLAB, garnishee at 370 Wabasha Street North, St. Paul, MN 55102-1307

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about October 28, 2005.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about November 7, 2005. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about October 28, 2005, the defendant was personally

served with notice of the right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" semi-monthly in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $93.40; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff semi-monthly as they become due and owing.

Dated: December 7, 2005

s/ *Franklin L. Noel*
Magistrate Judge Noel
United States District Court