CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Civil No. 00-249 JRT/FLN |
| CAROLINE J. KESSEL WATSON, Defendant. | ) | |

I hereby certify that on 11/20/06, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

ECOLAB
Attn: Nicole - Payroll
370 Wabasha Street N.
St. Paul, MN 55102-1307

Caroline J. Kessel Watson
xxxxx
St. Paul, MN 55117-4469

s/Nancy Lair