UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-249 JRT/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINE J. KESSEL WATSON,<br><br>Defendant,<br><br>ECOLAB,<br><br>Garnishee. | NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT |

TO: Caroline J. Kessel Watson, the judgment debtor, and ECOLAB, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are notified of the final accounting of the garnishment of defendant, Caroline J. Kessel Watson. Pursuant to the Writ of Garnishment and order of the Court, the garnishee withheld the sums reflected on the attached payment history.

If you, the judgment debtor or the garnishee, object to this final accounting, you must file: (1) a written objection, stating the grounds for objection, and (2) a request for a hearing, within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after receipt of the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

A Satisfaction of Judgment has been filed with the Clerk of Court. Documents and information necessary to lift the liens placed as a result of this judgment, are herewith being supplied to the judgment debtor.

Dated: May 24, 2007

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant U. S. Attorney
Attorney ID No. 110887