# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 21-MAY-2007 FOR: 1999Z00810/001 PAGE: 1 OF 3

DEBTOR: Kessel Watson, Caroline J.

COURT NUMBER: 00-249JRT/FLN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | WA | 31-MAY-2000 | OT/B | kessel/dd 58 | | KEYD 0 152 | | | $79.00 | 06-JUN-2000 |
| 0007 | PMNT | WA | 25-APR-2000 | OT/B | kessel/dd 49 | | KEYD 0 116 | | | $21.00 | 11-JUL-2000 |
| 0027 | PMNT | T | 16-DEC-2005 | GR/G | Ecolab | MN /06/051 | 39955421 | | | $93.40 | 16-DEC-2005 |
| 0027 | PMNT | WA | 16-DEC-2005 | GR/G | Ecolab | MN /06/051 | 39955421 | | | $128.47 | 16-DEC-2005 |
| 0028 | PMNT | WA | 16-DEC-2005 | GR/G | Ecolab | MN /06/051 | 39653100 | | | $251.54 | 16-DEC-2005 |
| 0029 | PMNT | WA | 20-DEC-2005 | GR/G | Ecolab | MN /06/053 | 40261815 | | | $245.14 | 20-DEC-2005 |
| 0030 | PMNT | WA | 03-JAN-2006 | GR/G | ECOLAB | MN /06/062 | 40637338 | | | $262.82 | 03-JAN-2006 |
| 0031 | PMNT | WA | 17-JAN-2006 | GR/G | ECOLAB | MN /06/073 | 40999498 | | | $208.59 | 17-JAN-2006 |
| 0032 | PMNT | WA | 03-FEB-2006 | GR/G | ECOLAB INC | MN /06/085 | 41329700 | | | $227.83 | 03-FEB-2006 |
| 0033 | PMNT | WA | 21-FEB-2006 | GR/G | ECOLAB | MN /06/097 | 41642930 | | | $226.79 | 21-FEB-2006 |
| 0034 | PMNT | WA | 03-MAR-2006 | GR/G | ECOLAB INC | MN /06/106 | 41934147 | | | $177.93 | 03-MAR-2006 |
| 0035 | PMNT | WA | 20-MAR-2006 | GR/G | Ecolab, Inc. | MN /06/117 | 42243871 | | | $187.97 | 20-MAR-2006 |
| 0036 | PMNT | WA | 03-APR-2006 | GR/G | Ecolab | MN /06/127 | 42582068 | | | $177.93 | 03-APR-2006 |
| 0037 | PMNT | WA | 17-APR-2006 | GR/G | Ecolab, Inc. | MN /06/138 | 42884740 | | | $176.19 | 17-APR-2006 |
| 0038 | PMNT | WA | 01-MAY-2006 | GR/G | Ecolab | MN /06/147 | 43175463 | | | $198.55 | 01-MAY-2006 |
| 0039 | PMNT | WA | 18-MAY-2006 | GR/G | Ecolab Inc | MN /06/160 | 43535419 | | | $205.64 | 18-MAY-2006 |
| 0041 | PMNT | WA | 05-JUN-2006 | GR/G | Caroline | MN /06/170 | 43873258 | | | $183.88 | 05-JUN-2006 |
| 0042 | PMNT | WA | 19-JUN-2006 | GR/G | Ecolab, Inc. | MN /06/178 | 44173573 | | | $206.53 | 19-JUN-2006 |
| 0043 | PMNT | WA | 03-JUL-2006 | GR/G | Ecolab | MN /06/187 | 44585174 | | | $183.88 | 03-JUL-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 21-MAY-2007 FOR: 1999Z00810/001 

DEBTOR: Kessel Watson, Caroline J.

COURT NUMBER: 00-249JRT/FLN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0044 | PMNT | WA | 17-JUL-2006 | GR/G | Ecolab | MN /06/196 | 44907306 | | | $182.14 | 17-JUL-2006 |
| 0045 | PMNT | WA | 03-AUG-2006 | GR/G | Ecolab | MN /06/207 | 45288566 | | | $180.63 | 03-AUG-2006 |
| 0046 | PMNT | WA | 21-AUG-2006 | CH/Y | Ecolab | MN /06/218 | 45641459 | | | $178.89 | 21-AUG-2006 |
| 0047 | PMNT | WA | 05-SEP-2006 | GR/G | Ecolab | MN /06/228 | 45982678 | | | $204.03 | 05-SEP-2006 |
| 0048 | PMNT | WA | 18-SEP-2006 | GR/G | Ecolab | MN /06/236 | 46346801 | | | $178.89 | 18-SEP-2006 |
| 0051 | PMNT | WA | 02-OCT-2006 | GR/G | Ecolab Inc. | MN /07/001 | 46672700 | | | $180.63 | 02-OCT-2006 |
| 0052 | PMNT | WA | 16-OCT-2006 | GR/G | Ecolab Inc. | MN /07/011 | 46999456 | | | $222.22 | 16-OCT-2006 |
| 0053 | PMNT | WA | 03-NOV-2006 | GR/G | Ecolab, Inc. | MN /07/025 | 47403736 | | | $180.63 | 03-NOV-2006 |
| 0054 | PMNT | WA | 20-NOV-2006 | GR/G | Ecolab Inc. | MN /07/034 | 47725290 | | | $178.89 | 20-NOV-2006 |
| 0057 | PMNT | WA | 04-DEC-2006 | GR/G | ECOLAB INC | MN /07/043 | 48045483 | | | $223.57 | 04-DEC-2006 |
| 0058 | PMNT | WA | 19-DEC-2006 | GR/G | Ecolab | MN /07/051 | 48424497 | | | $187.06 | 19-DEC-2006 |
| 0059 | PMNT | WA | 03-JAN-2007 | GR/G | ECOLAB INC | MN /07/057 | 48773362 | | | $184.22 | 03-JAN-2007 |
| 0060 | PMNT | WA | 16-JAN-2007 | GR/G | ECOLAB | MN /07/065 | 49077479 | | | $184.62 | 16-JAN-2007 |
| 0061 | PMNT | WA | 05-FEB-2007 | GR/G | Ecolab Inc. | MN /07/076 | 49454424 | | | $185.81 | 05-FEB-2007 |
| 0062 | PMNT | WA | 20-FEB-2007 | GR/G | Ecolab | MN /07/084 | 49778041 | | | $187.67 | 20-FEB-2007 |
| 0063 | PMNT | WA | 05-MAR-2007 | GR/G | Ecolab Inc. | MN /07/093 | 50089555 | | | $203.85 | 05-MAR-2007 |
| 0064 | PMNT | WA | 19-MAR-2007 | GR/G | Ecolab | MN /07/100 | 50361450 | | | $223.01 | 19-MAR-2007 |
| 0065 | PMNT | WA | 02-APR-2007 | GR/G | Ecolab | MN /07/108 | 50642954 | | | $241.50 | 02-APR-2007 |
| 0066 | PMNT | WA | 17-APR-2007 | GR/G | Ecolab | MN /07/119 | 50897832 | | | $30.61 | 17-APR-2007 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 21-MAY-2007 FOR: 1999Z00810/001 PAGE: 3 OF 3

DEBTOR: Kessel Watson, Caroline J.

COURT NUMBER: 00-249JRT/FLN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0067 | PMNT | WA | 03-MAY-2007 | GR/G | Ecolab | MN /07/129 | 51154269 | | | $229.31 | 03-MAY-2007 |
| 0068 | PMNT | WA | 18-MAY-2007 | GR/G | ECOLAB INC | MN /07/137 | 51397193 | | | $232.03 | 18-MAY-2007 |

Total Payments for Debtor: $7,443.29